UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRESTAN PRODUCTS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>INNOSONIAN AMERICA, LLC and INNOSONIAN, INC.,<br><br>        Defendants. | C.A. No. 2:23-463-MEF-MAH |

**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Prestan Products LLC ("Prestan"), Innosonian America, LLC ("Innosonian America"), and Innosonian, Inc. ("Innosonian Korea") hereby stipulate and agree, subject to the approval of the Court, that:

(i)     All claims and counterclaims among Prestan, Innosonian America, and Innosonian Korea shall be dismissed with prejudice;

(ii)     All costs and expenses in this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same; and

(iii)     The Court shall retain jurisdiction to enforce and resolve any disputes relating to the subject matter of this litigation between Prestan, Innosonian America, and Innosonian Korea. *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

| | |
|---|---|
| s/ William C. Baton | s/ Charles A. Weiss |
| William C. Baton | Charles A. Weiss |
| Alexander L. Callo | HOLLAND & KNIGHT LLP |
| SAUL EWING LLP | 31 West 52nd Street |
| One Riverfront Plaza, Suite 1520 | New York, New York 10019 |
| Newark, New Jersey 07102-5426 | Charles.weiss@hklaw.com |
| (973) 286-6700 | |
| wbaton@saul.com | *Attorneys for Defendants* |
| | *Innosonian America, LLC and* |
| *Attorneys for Plaintiff* | *Innosonian, Inc* |
| *Prestan Products LLC* | |

Dated: March 10, 2025

**IT IS SO ORDERED.**

Signed this 31st day of March, 2025.

_____
HONORABLE MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE